IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DAVID PINKOSKI, *et al.*,

    Plaintiffs,

v.

                              Civil Case No.: 3:15-cv-463-JAG

THOMAS J. MCINERNEY, *et al.*,

    Defendants.

**ORDER**

This matter comes before the Court upon plaintiffs' Motion for Voluntary Dismissal without Prejudice Pursuant to FRCP Rules 23.1(c) and 41. (Dk. No. 32.) Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and the notice requirements of Fed. R. Civ. P. 23.1(c), the Court hereby DISMISSES the matter WITHOUT PREJUDICE. Notice of dismissal is not required. This case shall be closed for administrative purposes.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

                                                        /s/
                                      John A. Gibney, Jr.
Date: November 10, 2015        United States District Judge
      Richmond, Virginia